

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, appellee's motion to dismiss is GRANTED and the appeal is DISMISSED AS MOOT.

It is so **ORDERED** on July 16, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle, Clerk